```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

ANTHONY MARK ECHOLS,              *

      Petitioner,           *

vs.                               *
                                        CASE NO. 3:06-CV-3(CDL)

DONALD BARROW, Warden,            *

      Respondent.           *

                               *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 24, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 14th day of February, 2007.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE